1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMELIA YOLANDA HOLMEN,<br>**Plaintiff,**<br>v.<br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br>**Defendant.**<br>_____ | ) NO. 8:14-cv-01966 (KS)<br>)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed, and the above-captioned action is remanded for further proceedings consistent with the provisions of the Memorandum Opinion and Order.

DATE: November 23, 2015

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE